[No. 30821-1-I.   Division One.   July 19, 1993.]

LOUANN FREEBURG, ET AL, *Appellants*, v. THE CITY
OF SEATTLE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-00269-6, Lloyd W. Bever, J., entered May 7,
1992. *Affirmed* by unpublished opinion per Forrest, J., con-

curred in by Scholfield and Baker, JJ. Now partially published at 71 Wn. App. 367.